Anthony Hall, Esq.
Nevada State Bar No. 5977
ahall@shjnevada.com
Jonathan McGuire, Esq.
Nevada State Bar No. 15280
jmcguire@shjnevada.com
SIMONS HALL JOHNSTON, PC
690 Sierra Rose
Reno, NV 89511
(775) 785-0088- Phone
(775) 785-0087-Fax
Attorneys for Defendant
*Yelp, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA JUSTINE HARDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 2:26-cv-02166-JAD-MDC<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties and counsel of record that this litigation be stayed as the parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

It is hereby stipulated by and between the parties and ORDERED as follows:

1. The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Dispute Resolution Policy and Arbitration Agreement;

2. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses; and

/ / /

/ / /

3. Each party shall bear its own fees and costs before this Court as of this date.

**IT IS SO STIPULATED.**

DATED: October 15, 2026.

**SIMONS HALL JOHNSON PC**

*/s/Elena Justine Hardy*

Elena Justine Hardy
2975 Ferndale Street
Las Vegas, NV 89121
Ejustine.hardy@outlook.com
*Plaintiff Pro Se*

*/s/Jonathan A. McGuire*

Anthony L. Hall (SBN 5977)
Jonathan A. McGuire (SBN 15280)
690 Sierra Rose Dr.,
Reno, NV 89511
*Attorney for Defendant*

**ORDER**

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS ORDERED that **this case is STAYED** pending arbitration. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

JENNIFER A. DORSEY
United States District Judge

DATED: 10/16/26